IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WILDLAW, et al.,            )
                            )
    Plaintiffs,             )
                            )    CIVIL ACTION NO.
    v.                      )    2:03cv682-MHT
                            )         (WO)
UNITED STATES FOREST        )
SERVICE, et al.,            )
                            )
    Defendants.             )
```

JUDGMENT

In accordance with the opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Judgment on Counts 1-6 is entered in favor of defendants United States Forest Service, United States Department of Agriculture, Mike Johanns, Mark E. Rey, and Dale Bosworth and against plaintiffs Wildlaw, Wild South, Wild Alabama, Save America's Forests, Save Our Big Scrub, Inc., Superior Wilderness Action Network, Utah

Environmental Congress, Southern Appalachian Biodiversity Project, Appalachian Voices, Virginia Forest Watch, Shenandoah Ecosystems Defense Group, Idaho Sporting Congress, Environmental Protection Information Center, Forest Guardians, Alabama Environmental Council, Southern Appalachian Forest Coalition, Cherokee Forest Voices, and South Carolina Forest Watch.

(2) Counts 7-11 are dismissed as not ripe for adjudication.

It is further ORDERED that costs are taxed against plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 26th day of January, 2007.

                                            /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE